AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lauck, M H. | Eastern District of Virginia | 08/19/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time magistrate judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. District Court, EDVA
701 East Broad Street, Suite 5212
Richmond, VA 23219-3528

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Bank of America and Wells Fargo Custodial Accounts |
| 2. | Immediate Past President | John Marshall Inn of Court |
| 3. | Board Member | Federal Bar Association |
| 4. | Council Member | State-Federal Judicial Council of Virginia |
| 5. | Member | Professionalism Advisory Committee |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 08/19/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | University of Richmond, John Marshall Professor of Judicial Studies | $15,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | ▒▒▒▒▒▒ - salary and benefits |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts (Y) | A | Interest | | | | | | | |
| 2. Wells Fargo bank accounts (X) | A | Interest | J | T | | | | | |
| 3. Bank of America Custodial bank accounts (Y) | A | Interest | | | | | | | |
| 4. Wells Fargo Custodial bank accounts (X) | A | Interest | J | T | | | | | |
| 5. Brokerage account #1 | | | | | | | | | |
| 6. - Exxon | A | Dividend | J | T | Sold (part) | 07/02/12 | J | D | |
| 7. - | | | | | Sold (part) | 12/19/12 | J | B | |
| 8. - IBM | A | Dividend | K | T | Sold (part) | 07/02/12 | J | D | |
| 9. - | | | | | Sold (part) | 12/19/12 | J | D | |
| 10. - Pfizer | A | Dividend | J | T | | | | | |
| 11. - Under Armor, Inc. | | None | J | T | | | | | |
| 12. - Verizon | A | Dividend | J | T | | | | | |
| 13. Brokerage account #2 | | | | | | | | | |
| 14. - AT&T | A | Dividend | J | T | Sold (part) | 04/17/12 | J | A | |
| 15. - Bard C R Inc | A | Dividend | | | Sold | 08/19/12 | J | | |
| 16. - Celgene Corp | | None | J | T | Buy | 08/15/12 | J | | |
| 17. - Cisco Sys Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Coach Inc | A | Dividend | J | T | Buy | 08/15/12 | J | | |
| 19. - ConocoPhillips | A | Dividend | J | T | | | | | |
| 20. - Devon Energy Corp New | A | Dividend | J | T | Sold (part) | 04/17/12 | J | A | |
| 21. - E M C Corp Mass | | None | J | T | | | | | |
| 22. - Eaton Corp | A | Dividend | K | T | Sold (part) | 04/17/12 | J | A | |
| 23. - | | | | | Buy (add'l) | 12/03/12 | K | | |
| 24. - | | | | | Sold (part) | 12/03/12 | K | C | |
| 25. - Int Business Mach | A | Dividend | J | T | | | | | |
| 26. - Life Technologies Corp Com | | None | J | T | Sold (part) | 04/17/12 | J | | |
| 27. - Lowes Companies | A | Dividend | J | T | Sold (part) | 04/17/12 | J | B | |
| 28. - Nuance Communications Inc | | None | J | T | | | | | |
| 29. - Omnicon | A | Dividend | K | T | | | | | |
| 30. - Phillips 66 | A | Dividend | | | Spinoff (from line 19) | 02/10/12 | J | | |
| 31. - | | | | | Sold | 08/07/12 | J | B | |
| 32. - Pitney Bowes Inc | A | Dividend | | | Buy | 04/17/12 | J | | |
| 33. - | | | | | Sold (part) | 09/04/12 | J | | |
| 34. - Target Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 08/19/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Travelers Cos Inc Com | A | Dividend | J | T | | | | | |
| 36.   - Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 37.   - Hewlett Packard Co Bond | A | Interest | | | Redeemed | 02/24/12 | J | | |
| 38.   - FPL Group Capital Inc Bond | B | Interest | K | T | | | | | |
| 39.   - H J Heinz Bond | A | Interest | J | T | | | | | |
| 40.   - Canadian Imperial Bank Bond | A | Interest | J | T | | | | | |
| 41.   - Home Depot Inc Bond | A | Interest | J | T | | | | | |
| 42.   - Int'l Paper Co Bond | B | Interest | K | T | | | | | |
| 43.   - Goldman Sachs Group Inc Bond | A | Interest | | | Redeemed | 10/29/12 | K | | |
| 44.   - SunTrust Bank Atlanta CD | A | Interest | J | T | | | | | |
| 45.   - Fidelity Tax Free Money Market | A | Interest | J | T | | | | | |
| 46.   Trust #1 | E | Int./Div. | P1 | T | | | | | |
| 47.   - AT&T | | | | | | | | | |
| 48.   - Bank of New York Mellon Corp | | | | | Sold | 01/24/12 | K | | |
| 49.   - Bard C R Inc | | | | | Sold | 08/09/12 | K | C | |
| 50.   - Celgene Corp | | | | | Buy | 08/10/12 | K | | |
| 51.   - Cisco Sys Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 08/19/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Coach Inc | | | | | Buy | 08/10/12 | K | | |
| 53.  - ConocoPhillips | | | | | Buy | 02/10/12 | K | | |
| 54.  - | | | | | Buy | 08/10/12 | J | | |
| 55.  - Consolidated Edison Holding | | | | | | | | | |
| 56.  - Eaton Corp | | | | | Buy (add'l) | 12/03/12 | K | | |
| 57.  - | | | | | Sold (part) | 12/03/12 | K | D | |
| 58.  - EMC Corp MA | | | | | | | | | |
| 59.  - GE | | | | | | | | | |
| 60.  - Illinois Tool Works | | | | | Sold | 08/09/12 | K | D | |
| 61.  - International Business Machines | | | | | | | | | |
| 62.  - Johnson & Johnson | | | | | | | | | |
| 63.  - Life Technologies Inc | | | | | | | | | |
| 64.  - Lowes Companies | | | | | | | | | |
| 65.  - Medtronic Inc | | | | | | | | | |
| 66.  - Microsoft Inc | | | | | | | | | |
| 67.  -Nuance Communications | | | | | | | | | |
| 68.  - Omnicom Group | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 08/19/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Pepsico Inc | | | | | | | | | |
| 70. - Phillips 66 (X) | | | | | Spinoff (from line 53) | 02/10/12 | J | | |
| 71. - | | | | | Sold | 08/07/12 | J | B | |
| 72. - Southern Co. | | | | | | | | | |
| 73. - TEVA Pharmaceutical ADR | | | | | | | | | |
| 74. - Travelers Cos Inc Com | | | | | Buy | 01/24/12 | K | | |
| 75. - Walgreen Company | | | | | | | | | |
| 76. - Wells Fargo Corp. | | | | | | | | | |
| 77. - HSBC Fin Corp Bond | | | | | | | | | |
| 78. - American Express Credit Bond | | | | | | | | | |
| 79. - Clorox Company Bond | | | | | Redeemed | 10/15/12 | K | | |
| 80. - Federal Home Loan Banks Bond | | | | | | | | | |
| 81. - Hewlett Packard Co Bond | | | | | | | | | |
| 82. - L-3 Communications Corp Bond | | | | | | | | | |
| 83. - Ryder Systems Bond | | | | | | | | | |
| 84. - Discover Bank CD | | | | | | | | | |
| 85. - Fidelity NJ Municipal Money Market | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 08/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. GE SSP program (retirement) | | | | | | | | | |
| 87. - GE Common Stock | A | Dividend | J | T | | | | | |
| 88. - GE S&S Program mutual fund | A | Dividend | J | T | | | | | |
| 89. - GE S&S Program income fund | A | Dividend | J | T | | | | | |
| 90. TIAA CREF (retirement) | B | Dividend | N | T | | | | | |
| 91. AT&T (Custodian) | A | Dividend | J | T | | | | | |
| 92. VA529 College Savings Plan, prepaid, age-based, no control | | None | L | T | Buy | 05/01/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments and Trusts

TSP Retirement Holdings - EXEMPT

Custodial banks accounts for children transferred from Bank of America to Wells Fargo

This amended report is a self-initiated correction of the originally submitted report. The purchase of a prepaid 529 plan college savings account was omitted from the oriiginal report. It now appers in Part VII Investments and Trusts on line 92.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ M H. Lauck**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544